UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| Vs. | ) |
| JASON MICHAEL HUNTER | ) Case No. 13-00348-01-CR-W-DW |
| | ) |
| Defendant. | ) |

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of March 7, 2014, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for Jason Michael Hunter:

**You shall serve one weekend confined at a facility designated by the Bureau of Prisons. You shall report to the designated facility, as instructed by the probation officer, on Friday at 7:00 p.m. and will be released the following Sunday at 7:00 p.m. You are to pay subsistence as directed.**

/s/ Dean Whipple
DEAN WHIPPLE
SENIOR U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this 13th day of March, 2014.